# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
#### CIVIL ACTION NO. _____

| | |
|---|---|
| **RICHARD J. COGGINS AND CLARE COGGINS,** | |
| **Plaintiff,** | |
| **v.** | **NOTICE OF REMOVAL** |
| **STATE FARM FIRE AND CASUALTY COMPANY,** | |
| **Defendant.** | |

**NOW COMES** the Defendant, State Farm Fire and Casualty Company ("hereinafter "State Farm"), by and through its undersigned attorneys of record and pursuant to the provisions of 28 U.S.C. §§ 1332 and 1446, and hereby provides its Notice of Removal to this Court from the General Court of Justice, Superior Court of Henderson County, North Carolina based on diversity of citizenship and amount in controversy. In support of such removal, State Farm respectfully states the following:

1. On June 5, 2026, the plaintiffs commenced a proceeding against State Farm by filing of a Civil Summons and Complaint, styled *Richard J. Coggins and Clare Coggins v. State Farm Fire and Casualty Company*, Case No. 26 CVS 001306-440, which proceeding is currently pending before the Superior Court of Henderson County. A copy of the documents Plaintiffs served on State Farm are attached hereto as Exhibit 1.

2. Plaintiffs delivered the complaint setting forth the plaintiffs' claims upon which this action is based by mail through the North Carolina Department of Insurance ("NCDOI") as a statutory agent for service of process for State Farm under N.C. Gen. Stat. § 58-16-5(10) and N.C. Gen. Stat. § 58-16-30. The NCDOI accepted service of the summons and complaint on behalf of State Farm on June 19, 2026, and mailed the summons and complaint to State Farm.

1

101894023.v1

(*See* Exhibit 2, NCDOI Acceptance of Service).  State Farm subsequently received the summons and complaint by USPS certified mail on July 16, 2026.[1]  (*See* Exhibit 3, USPS Tracking).

3.       This case is a civil action within the meaning of the Acts of Congress relating to the removal of causes.  State Farm has not filed any pleadings or papers in this action in State Court and the time during which State Farm is required by state law or rules of court to remove this action has not expired.  No other process, pleading or order has been served on State Farm.

4.       This civil action arises out of claims by the plaintiffs for breach of contract, breach of the implied duty of good faith and fair dealing, and unfair and deceptive trade practices.  The complaint seeks compensatory damages, treble damages, punitive damages, and attorney's fees from State Farm.

5.       This action is removable because there is diversity of citizenship and the requisite amount in controversy as required by 28 U.S.C. §1332.  Plaintiffs are residents of Palm Beach County, Florida.  (Compl. ¶¶ 1-2).   State Farm is a foreign corporation organized and existing under the laws of the State of Illinois, and has its principal place of business in Bloomington, Illinois.  Accordingly, complete diversity exists between these parties in this case.

6.       The United States District Court also has subject matter jurisdiction over this action pursuant to 28 U.S.C. §1332, because there is a diversity of citizenship among the necessary and properly named parties and, upon information and belief, the amount in controversy, exclusive of interest and costs, exceeds $75,000.00.  (Compl. ¶¶ 46, 47, 60, 67, 68).  This action is therefore removable to this Court pursuant to 28 U.S.C. §1441(b).

---

[1] *See Elliott v. Am. States Ins. Co.*, 883 F.3d 384, 391–94 (4th Cir. 2018) (service on a statutory agent does not trigger the 30-day period by which a defendant must file a notice of removal, as it does not guarantee that the defendant receives actual notice).

101894023.v1

7. This Notice of Removal is timely filed pursuant to 28 U.S.C. §1446(b) and Rule 81 of the Federal Rules of Civil Procedure because it is filed within thirty (30) days after State Farm received of a copy of the initial pleading setting forth the claim for relief upon which this action or proceeding is based. *See Elliott*, 883 F.3d at 391–94; (Ex. 1 p. 13; Ex. 2; Ex. 3 (demonstrating State Farm's receipt of the summons and complaint on July 16, 2026)).

8. By filing this Notice of Removal, State Farm does not waive any of its objections to personal jurisdiction, service, or other affirmative defenses.

9. Pursuant to 28 U.S.C. §1446(d), State Farm will file a Notice of Filing this Notice of Removal, with a copy of this Notice of Removal, with the State Court and thereby will notify the Clerk of the General Court of Justice, Superior Court Division, Henderson County, North Carolina of the removal.

10. A copy of the Notice of Filing of Notice of Removal to be filed in the General Court of Justice, Superior Court Division, is attached hereto as Exhibit 4. State Farm has served a copy of the Notice of Removal on the Plaintiffs in accordance with 28 U.S.C. §1446(d).

WHEREFORE, this action is hereby removed to this Court from the General Court of Justice, Superior Court Division, Henderson County, North Carolina.

This the 31st day of July, 2026.

/s/ SCOTT LEWIS
NC State Bar No. 22167
SHELLEY COLEMAN
NC State Bar No. 22783
YATES MAY
NC State Bar No. 65077
Attorneys for Defendant
BUTLER SNOW, LLP
6752 Rock Spring Road, Suite 310
Wilmington, NC 28405
PH:     (910) 550-1320
Email:  Scott.Lewis@butlersnow.com
        Shelley.Coleman@butlersnow.com
        Yates.May@butlersnow.com

101894023.v1

# <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 31, 2026, I electronically filed the foregoing with the Clerk

of Court using the CM/ECF system and I hereby certify I have attached the document to

electronic mail to the following:

> Ava Lynch
> alynch@yourinsuranceattorney.com
> *Counsel for Plaintiffs*

Respectfully submitted,


**/s/ SCOTT LEWIS**
**NC State Bar No. 22167**
**SHELLEY COLEMAN**
**NC State Bar No. 22783**
**YATES MAY**
**NC State Bar No. 65077**
**Attorneys for Defendant**
**BUTLER SNOW, LLP**
**6752 Rock Spring Road, Suite 310**
**Wilmington, NC 28405**
**PH:     (910) 550-1320**
**Email:  Scott.Lewis@butlersnow.com**
**         Shelley.Coleman@butlersnow.com**
**         Yates.May@butlersnow.com**

4

101894023.v1